AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

JEROME FARMER

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:21-CR-00026-BSM

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Brian S. Miller - District Judge
Name of Judge            Title of Judge

2/27/2025
Date